## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE    Lois Bloom          DATE:   2/4/11

DOCKET NUMBER:   11CR30(SLT)            LOG #:  11:59 - 12:54
                                                1:29 - 1:34

DEFENDANT'S NAME:   Joseph Savarese
    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:   ~~James Froccaro~~ Norman Trabulus
    ___ Federal Defender    ✓ CJA    ✓ Retained

A.U.S.A:   Elizabeth Geddes           DEPUTY CLERK:   Felix Chin

INTERPRETER: _____ (Language)

__Detention__ Hearing held.  _____ Hearing adjourned to _____

✓ Defendant ~~was~~ will be released on  $2 million  PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

12 ✓ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.

2 Additional surety(ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: Dfse counsel presented a bail package; gov't opposed; court sets bond @ $2 million. Gov't seeks appeal of bond. Court stays bond pending appeal to USDJ.